IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD JOHNSON                                                                                    PETITIONER
ADC #132972

V.                                           NO. 5:07cv00143 WRW-JWC

LARRY NORRIS, Director,                                                                           RESPONDENT
Arkansas Department of Correction

### ORDER

On June 14, 2007, Petitioner, a state prisoner proceeding pro se, brought this 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) and has paid the $5.00 statutory filing fee in full.

The Clerk of the Court is therefore directed to serve, by regular mail, a copy of the petition and brief in support (docket entry #2), exhibits (docket entry #4), and this order on Respondent and the Arkansas Attorney General. § 2254 Rule 4. Respondent is directed to file an answer, motion, or other response within twenty (20) days after service of the petition, exclusive of the day of service, in accordance with § 2254 Rules 4 and 5, as amended effective December 1, 2004.

IT IS SO ORDERED this 22nd day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE