IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD JOHNSON                                                                                          PETITIONER
ADC #132972

V.                                          NO. 5:07cv00143 WRW

LARRY NORRIS, Director,                                                                          RESPONDENT
Arkansas Department of Correction

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is untimely and is **denied**.  Petitioner's motions for appointment of counsel and for an evidentiary hearing (docket entries #3, #11, #12) are **denied**.  Respondent's motion to dismiss (docket entry #7) is **granted**, thereby dismissing this action in its entirety with prejudice.  All other pending motions are denied as moot.  Judgment will be entered accordingly.

IT IS SO ORDERED this 29th day of November, 2007.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE